IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**CYNTHIA JACKSON**                                                                      **PLAINTIFF**

v.                              No. 4:24-cv-409-DPM

**BAPTIST HEALTH**                                                                       **DEFENDANT**

## JUDGMENT

The complaint is dismissed with prejudice. The Court retains jurisdiction until 27 December 2025 to enforce the parties' settlement.

_____
D.P. Marshall Jr.
United States District Judge

27 October 2025